AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Adelman, Lynn S. | 2. Court or Organization<br><br>Eastern District of Wisconsin | 3. Date of Report<br><br>07/26/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |
| 7. Chambers or Office Address<br><br>517 E. Wisconsin Ave., Rm. 364<br>Milwaukee, WI 53202 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Gen Auth | 3/2/2016 | San Francisco | 9th Circuit Court of Appeals | 1577.41 |
| 2. | Gen Auth | 5/9/2016 | Chicago | 7th Circuit Conf | 1142.58 |
| 3. | FJC | 11/14/2016 | South Bend | Workshop for 7th Circuit Judges | 170.00 |
| 4. | Gen Auth | 11/14/2016 | Palm Beach | Trasferee Judges' Conf. | 1361.88 |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Adelman, Lynn S. | 07/26/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Adelman, Lynn S. | 07/26/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Albuquerque Bernali 013493EU1 | A | Interest | K | T | | | | | |
| 2. Aldine Ids 014393NP3 | B | Interest | K | T | | | | | |
| 3. Bank Mutual | A | Interest | K | T | | | | | |
| 4. Business - plant nursery ▢ | B | None | M | W | | | | | |
| 5. Citizens Bank of Mukwonago | A | Interest | J | T | | | | | |
| 6. Citizens Bank of Mukwonago | A | Interest | K | T | | | | | |
| 7. Citizens Bank of Mukwonago | A | Interest | M | T | | | | | |
| 8. County of Cook ▢ | B | Interest | K | T | | | | | |
| 9. Ctrl Puget Sound ▢ | B | Interest | K | T | | | | | |
| 10. DFA Commodity Strategy DCMSX | A | Dividend | | | Buy | 01/26/16 | K | | |
| 11. | | | | | Sold | 04/01/16 | L | | |
| 12. DFA Emerging Markets Core Equity DFCEX | B | Dividend | L | T | Buy | 01/27/16 | J | | |
| 13. | | | | | Sold | 04/01/16 | J | | |
| 14. DFA International Core DFIEX | D | Dividend | N | T | Buy | 01/26/16 | L | | |
| 15. | | | | | Sold | 04/01/16 | J | | |
| 16. DFA Intl. Vector Equity DFVQX | | | | | Sold | 01/26/16 | K | | |
| 17. DFA Muni Real Return DMREX | C | Dividend | N | T | Buy | 04/01/16 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Adelman, Lynn S. | 07/26/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. DFA Real Estate Securities DFREX | C | Dividend | L | T | | | | | |
| 19. DFA US Core Equity 1 DFEOX | E | Dividend | P1 | T | Buy | 01/26/16 | L | | |
| 20. | | | | | Buy | 01/27/16 | K | | |
| 21. | | | | | Sold | 04/01/16 | K | | |
| 22. | | | | | Sold | 12/20/16 | M | | |
| 23. DFA US Core Equity 2 DFQTX | | | | | Sold | 01/26/16 | K | | |
| 24. Edgewell Personal Care EPC | | None | J | T | | | | | |
| 25. Energizer Holdings ENR | A | Dividend | J | T | | | | | |
| 26. Exxon Mobil Corporation XOM | B | Dividend | K | T | | | | | |
| 27. FI St B/E Cap Outly | B | Interest | L | T | | | | | |
| 28. Frisco Ids | B | Interest | L | T | | | | | |
| 29. Gilead Sciences Inc. GILD | A | Dividend | K | T | | | | | |
| 30. Grant Co Pud No | B | Interest | L | T | | | | | |
| 31. Henderson European Focus HFEAX | A | Dividend | K | T | | | | | |
| 32. Illinois St Toll Hw | B | Interest | | | Sold | 07/01/16 | K | | |
| 33. In Fin Auth Hwy REV | | None | L | T | Buy | 07/27/16 | L | | |
| 34. Keller Ids | B | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Adelman, Lynn S. | 07/26/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Money Market Pool (Schwab Charitable Fund) SCGM1 | A | Interest | M | T | Sold | 02/01/16 | J | | |
| 36. | | | | | Sold | 06/09/16 | J | | |
| 37. | | | | | Sold | 10/21/16 | L | | |
| 38. | | | | | Sold | 12/05/16 | J | | |
| 39. | | | | | Buy | 12/21/16 | M | | |
| 40. Nc Mun Pwr Cat Elec | B | Interest | L | T | | | | | |
| 41. Ncarolina St Univ | B | Interest | K | T | | | | | |
| 42. Nike Stock NKE | A | Dividend | L | T | | | | | |
| 43. Pfizer PFE | B | Dividend | L | T | | | | | |
| 44. Rental Property - Milwaukee, Wisconsin | E | Rent | N | S | | | | | |
| 45. Round Rock Ids | A | Interest | K | T | | | | | |
| 46. Royal Dutch Shell A Adrf RDSA | A | Dividend | J | T | | | | | |
| 47. Schwab Govt Fund SWGXX | A | Dividend | L | T | Buy | 07/11/16 | J | | |
| 48. | | | | | Sold (part) | 07/11/16 | J | | |
| 49. Schwab Money Market Fund SCGM1 | | | | | Sold (part) | 02/02/16 | L | | |
| 50. Spdr S&P Midcap 400 ETF MDY | B | Dividend | M | T | | | | | |
| 51. State of California | A | Interest | | T | Sold | 10/01/16 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Adelman, Lynn S. | 07/26/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. State of Florida | A | Interest | K | T | | | | | |
| 53. State of Minnesota | B | Interest | K | T | | | | | |
| 54. State of Ohio | B | Interest | K | T | | | | | |
| 55. State of Washington | A | Interest | K | T | | | | | |
| 56. State of Wisconsin | B | Interest | K | T | | | | | |
| 57. U Colorado Regents | B | Interest | K | T | | | | | |
| 58. Univ Texas System | B | Interest | K | T | | | | | |
| 59. Univ Texas System | A | Interest | J | T | | | | | |
| 60. Vanguard Tax-Exempt Money Market VMSXX | A | Dividend | L | T | | | | | |
| 61. Vanguard Total Bond Maket Index- Admiral VBTLX | A | Dividend | | | Sold | 01/26/16 | K | | |
| 62. Vanguard Total Intl Bond Index- Admiral VTABX | B | Dividend | L | T | Sold | 01/26/16 | K | | |
| 63. | | | | | Buy | 04/01/16 | L | | |
| 64. W P Carey Inc WPC | B | Dividend | K | T | | | | | |
| 65. Wisconsin St | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Adelman, Lynn S. | 07/26/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Adelman, Lynn S. | 07/26/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Lynn S. Adelman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544